```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
 4  KATHERINE R. LOO
    Special Assistant United States Attorney
 5  California State Bar 162029
 6        160 Spear Street, Suite 800
          San Francisco, California  94105
 7        Tel:  (415) 977-8958
          Fax:  (415) 744-8915
 8        Email:  Katherine.Loo@ssa.gov
 9
10  Attorneys for Defendant
11
12
13                  UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
14                          EASTERN DIVISION
15
16  LYNDA KLIMPEL,                ) No.  EDCV 11-01612-PLA
                                  )
17                                ) JUDGMENT OF REMAND
          Plaintiff,               )
18                                )
          v.                       )
19                                )
    MICHAEL J. ASTRUE,             )
20  Commissioner of Social Security,)
                                  )
21                                )
          Defendant.               )
22                                )
                                  )
23  _____)
24
25       The Court having approved the parties' Stipulation to Voluntary Remand
    Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment
26
    ("Stipulation for Remand") lodged concurrent with the lodging of the within
27
    Judgment of Remand.
28  ///
```

-1-

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2  above-captioned action is remanded to the Commissioner of Social
3  Security for further proceedings consistent with the Stipulation for Remand.

5  DATED: May 1, 2012

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

15  Presented by:

16  ANDRÉ BIROTTE JR.
17  United States Attorney
    LEON W. WEIDMAN
18  Assistant United States Attorney
19  Chief, Civil Division

20
     /s/ Katherine R. Loo
21  KATHERINE R. LOO
22  Special Assistant United States Attorney

23
    Attorneys for Defendant
24