ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KATHERINE R. LOO
Special Assistant United States Attorney
California State Bar 162029
    160 Spear Street, Suite 800
    San Francisco, California  94105
    Tel:  (415) 977-8958
    Fax:  (415) 744-8915
    Email:  Katherine.Loo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| LYNDA KLIMPEL, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | No.  EDCV 11-01612-PLA <br><br> **JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///

-1-

1    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2    above-captioned action is remanded to the Commissioner of Social
3    Security for further proceedings consistent with the Stipulation for Remand.

5    DATED: May 1, 2012

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

15   Presented by:
16   ANDRÉ BIROTTE JR.
17   United States Attorney
     LEON W. WEIDMAN
18   Assistant United States Attorney
19   Chief, Civil Division

  */s/ Katherine R. Loo*
21   KATHERINE R. LOO
22   Special Assistant United States Attorney

23   Attorneys for Defendant

-2-